No. 47,474

LELAND C. WAECHTER, et al., *Appellees,* v. AMOCO PRODUCTION COMPANY, Formerly Pan American Petroleum Corporation, *Appellant.*

(546 P. 2d 1320)

Opinion on rehearing filed March 6, 1976. (For original opinion see *Waechter v. Amoco Production Co.,* 217 Kan. 489, 537 P. 2d 228.)

R. H. *Landt,* of Denver, Colo., argued the cause, and *Glenn D. Young, Jr.,* of Gott, Hope, Gott, Young and Saffels, P. A., of Wichita, was with him on the brief for the appellant.

*Dale M. Stucky,* of Fleeson, Gooing, Coulson and Kitch, of Wichita, argued the cause, and *Gerrit H. Wormhoudt* and *John T. Conlee,* of the same firm, were with him on the brief for the appellees.

The opinion of the court was delivered by

HARMAN, C.: The court has considered the briefs and rearguments of counsel and has concluded the original opinion of reversal should be adhered to.

APPROVED BY THE COURT.

FATZER, C. J., not participating.

SCHROEDER and KAUL, JJ., dissent.